**STATE ex KNIGHTS TEMPLAR and MASONIC MUTUAL AID ASSN v COMMON PLEAS COURT OF MEIGS COUNTY, Etc**

Ohio Supreme Court

No. 23149.   Decided Dec 9, 1931

Marshall, CJ, Matthias, Day, Allen and Kinkade, JJ, concur.   Jones, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**

**METROPOLITAN CASUALTY INSURANCE CO of N Y v DILL**

Ohio Supreme Court

No. 23134.   Decided Dec 9, 1931

Marshall, CJ, Jones, Matthias, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

**EISENHUT v MORROW, et (BOARD OF EDUCATION of CARROLLTON)**

Ohio Supreme Court

No. 22953.   Decided Oct 14, 1931

For full opinion see 178 NE 12; 124 Oh St 260 (Oh Bar 11-17-31).

**MAY DEPARTMENT STORES CO v McBRIDE**

Ohio Supreme Court

No. 22975.   Decided Oct 14, 1931

For full opinion see 178 NE 12; 124 Oh Ap 264 (Oh Bar 11-17-31).